IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAASON MCALLISTER,** | : | CIVIL NO. 1:12-CV-2273 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOSHUA WEIKEL**, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 29th day of June, 2015, in accordance with the court's Memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 51) to compel discovery is DENIED.

2. The discovery deadline is extended solely to allow plaintiff to re-serve his interrogatories. Plaintiff shall serve on defendants any and all interrogatories by July 8, 2015. Defendants' answers and any objections to the interrogatories are due within thirty days after being served with the interrogatories. See FED. R. CIV. P. 33.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania