IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAASON MCALLISTER,** | : | CIVIL NO. 1:12-CV-2273 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOSHUA WEIKEL,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

Plaintiff, Jaason McAllister, a former inmate confined in the Forest State Correctional Institution ("SCI-Forest"), Marienville, Pennsylvania, filed the above-captioned action pursuant to 42 U.S.C. § 1983.

On July 2, 2015, and July 10, 2015, mail was returned to the court as "undeliverable," and "unable to forward." (Docs. 93, 94). An inquiry from the Clerk's Office revealed that plaintiff is out of custody and has no current address. See (Docket Entry dated July 7, 2015).

The court notes that a *pro se* plaintiff has the affirmative obligation to keep the court informed of his address. Should an address change in the course of this litigation, the plaintiff shall immediately inform the court of such change, in writing. If the court is unable to communicate with the plaintiff because he has failed to notify the court of his address, the plaintiff will be deemed to have abandoned the lawsuit.

Plaintiff has not communicated with the court since the filing of a motion to stay on April 16, 2015. (Doc. 86). The court's inquiry indicates that plaintiff has been released from SCI-Forest. Thus, it is reasonable to conclude that plaintiff has abandoned this lawsuit.

Accordingly, this 11th day of December, 2015, it is hereby ORDERED that within twenty (20) days of the date of this order, plaintiff shall file with the court his current address. Failure to provide the court with his current address will result in the above-captioned action being dismissed pursuant to Federal Rule of Civil Procedure 41, for failure to prosecute and comply with a court order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania