IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAASON MCALLISTER,** | : | **CIVIL NO. 1:12-CV-2273** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **JOSHUA WEIKEL,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of January, 2016, for the reasons set forth in the court's memorandum of the same date, IT IS HEREBY ORDERED THAT:

1. This action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. All pending motions (Docs. 74, 78, 86) are DISMISSED as moot.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania